# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                            Plaintiff,

v.

HARSHINDER BHATIA,

                            Defendant.

Case No. 17-CR-178-JPS

**ORDER**

On October 19, 2017, the grand jury returned a three-count Indictment against Defendant. (Docket #1). The government charged Defendant with hiding an unlawful alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i), forcing that person to work for him, in violation of 18 U.S.C. § 1589(a) & (b), and destroying the person's passport to limit their ability to flee, in violation of 18 U.S.C. § 1592(a). *Id.* On July 18, 2018, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Count One of the Indictment, and that the remaining counts would be dismissed at sentencing. (Docket #17 at 2–3).

The parties appeared before Magistrate Judge Nancy Joseph on July 31, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #19). The defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent

factual basis containing each of the essential elements of the offense. (Docket #19 and #20).

Thereafter, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #20). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #20) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 21st day of August, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge